Filing # 109790793 E-Filed 07/06/2020 10:04:06 AM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

RAUL RAMOS LEBRON II,

    Plaintiff,

v.                                                                                  CASE NO.:

WALMART INC.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, RAUL RAMOS LEBRON II, sues Defendant, WALMART INC., and hereafter allege:

1. This is an action for damages that exceeds THIRTY THOUSAND DOLLARS AND 00/100 ($30,000.00).

2. Plaintiff, RAUL RAMOS LEBRON II, is over the age of eighteen years and a resident of Polk County, Florida.

3. Defendant, WALMART INC., is a for-profit corporation formed under the laws of the state of Florida, and at all times herein was doing business as WALMART INC.

4. On or about 10/6/2018, Defendant, WALMART INC., owned, operated, managed and/or maintained a certain premise, commonly known as Walmart Supercenter, located at 8990 Turkey Lake Road, Orlando, FL 32819.

5. At the aforesaid time and place, Plaintiff, RAUL RAMOS LEBRON II, a business invitee, was lawfully on the premise commonly known as Walmart Supercenter, located at or about 8990 Turkey Lake Road, Orlando, FL 32819.

6. At the aforesaid time and place, Defendant created a dangerous condition on the floor and failed to warn of the dangers such that the Plaintiff slipped, striking his shopping cart which resulted in significant injuries.

# EXHIBIT "A"

7. Plaintiff reasserts and re-alleges all paragraphs set forth above as if fully set forth herein.

8. At the aforesaid time and place, Defendant, WALMART INC., had a duty to maintain the aforementioned premises in a reasonably safe condition for persons lawfully on said premised, including Plaintiff, and to warn of any dangerous conditions.

9. At the aforesaid time and place, Defendant, WALMART INC., failed to maintain the aforementioned property in a reasonably safe condition. Defendant allowed a dangerous condition to exist, specifically allowing water to be on the floor from a dripping A/C vent, and failing to warn of its danger.

10. As a direct and proximate result of Defendant's, WALMART INC. negligence, Plaintiff, Raul Ramos Lebron II, slipped and struck his shopping cart and suffered bodily injury, disability, disfigurement, mental anguish and pain, loss of earnings, loss of ability to earn money and aggravation of a previously existing conditions, and has incurred substantial medical expenses for treatment and care, past, present suffered pain there from, incurred medical expenses for treatment and care, past, present and future, his working ability was impaired, the injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, WALMART INC. for all allowable damages, interest, costs and any such other relief the court deems necessary and proper.

DATED this July 6, 2020.

/s/ Chrislie Lopez
Chrislie Lopez, Esq.
Florida Bar No.: 30490
Martinez Manglardi, P.A.
3840 E. Semoran Blvd., Suite 1072
Apopka, FL 32703
Telephone: (407)774-2033
Facsimile: 407-774-2098
chrislie.lopez@martinezmanglardi.com
apopkapleadings@martinezmanglardi.com
Attorney for Plaintiff