UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAUL RAMOS LEBRON II,

    Plaintiff,

v.                                     CASE NO.: 6:20-cv-1451-Orl-37EJK

WALMART STORES EAST, LP

    Defendant.
_____/

## **AMENDED COMPLAINT**

Plaintiff, RAUL RAMOS LEBRON II, sues Defendant, WALMART STORES EAST, LP, and hereafter allege:

1. This is an action for damages that exceeds THIRTY THOUSAND DOLLARS AND 00/100 ($30,000.00).

2. Plaintiff, RAUL RAMOS LEBRON II, is over the age of eighteen years and a resident of Polk County, Florida.

3. Defendant, WALMART STORES EAST, LP, is a for-profit corporation formed under the laws of the state of Florida, and at all times herein was doing business as WALMART.

4. On or about 10/6/2018, Defendant, WALMART STORES EAST, LP, owned, operated, managed and/or maintained a certain premise, commonly known as WALMART Supercenter, located at 8990 Turkey Lake Road, Orlando, FL 32819.

5. At the aforesaid time and place, Plaintiff, RAUL RAMOS LEBRON II, a business invitee, was lawfully on the premise commonly known as WALMART Supercenter, located at or about 8990 Turkey Lake Road, Orlando, FL 32819.

6. At the aforesaid time and place, Defendant, WALMART STORES EAST, LP, had a duty to maintain the aforementioned premises in a reasonably safe condition for persons lawfully on said premised, including Plaintiff, and to warn of any dangerous conditions.

7. At the aforesaid time and place, Defendant, WAL-MART STORES EAST, LP, breached that duty by (1) creating a dangerous condition on the floor (2) failing to timely inspect and clean the floors (3) failing to timely inspect the AC vents (4) failing to maintain the AC's in proper working condition to prevent any leaks (5) failing to timely observe the AC vent leaking water onto the floor (6) failing to timely repair the AC vent that was leaking (7) and failing to warn customers of the leaking AC vent or the water on the floor.

8. As a direct and proximate result of Defendant's, WAL-MART STORES EAST, LP negligence, Plaintiff, Raul Ramos Lebron II, slipped and struck his shopping cart and suffered bodily injury, disability, disfigurement, mental anguish and pain, loss of earnings, loss of ability to earn money and aggravation of a previously existing conditions, and has incurred substantial medical expenses for treatment and care, past, present suffered pain there from, incurred medical expenses for treatment and care, past, present and future, his working ability was impaired, the injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

9. WHEREFORE, Plaintiff demands judgment against Defendant, WALMART STORES EAST, LP for all allowable damages, interest, costs and any such other relief the court deems necessary and proper.

DATED this September 1, 2020.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing to the following: Jerry D. Hamilton Esq. at jhamilton@hamiltonmillerlaw.com; George H. Featherstone Esq. at gfeatherstone@hamiltonmillerlaw.com; and Michael T. Relihan Esq. at mrelihan@hamiltonmillerlaw.com and ghf-serve@hamiltonmillerlaw.com.

/s/ Chrislie Lopez
Chrislie Lopez, Esq.
Florida Bar No.: 30490
Martinez Manglardi, P.A.
3840 E. Semoran Blvd., Suite 1072
Apopka, FL 32703
Telephone: (407)774-2033
Facsimile: 407-774-2098
chrislie.lopez@martinezmanglardi.com
apopkapleadings@martinezmanglardi.com
Attorney for Plaintiff